In the Matter of the Claim of MARY McCULLOUGH, Respondent, against BENEDICT STONE CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted to the State Industrial Board for the purpose of taking proof as to the value of the property and its condition in respect to repairs needed; whether or not the mortgage is due, and if not whether or not the mortgagee will accept present payment, and whether or not the value and condition of the property will justify the investment of $2,500 or $3,000 in repairs. Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ., concur.

In the Matter of the Claim of GUISEPPE MILLE, Respondent, against LA SALA BROTHERS, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Case ordered struck from calendar. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of KATE McMULLEN, Respondent, against DIAMOND WORKERS HEADQUARTERS ASSOCIATION (Also Known as DIAMOND WORKERS' PROTECTIVE UNION OF AMERICA) and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ,

In the Matter of the Claim of NELLIE MITCHERSON, Respondent, against THE PULLMAN COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no ovidence tending to show a causal relation between the injury and the cause of death. Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ., concur.

In the Matter of the Claim of MARY MITCHELL, Respondent, against GEORGE HALL CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board, on the authority of Cohen v. Ashford Plumbing Co. (203 App. Div. 261; affd., 235 N. Y. 576); Matter of Smith v. Metal Stamping Co. (Id. 577); Matter of Smith v. McKesson & Robbins, Inc. (Id. 575). Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of AGNES MARSCHKE, Respondent, against BROWN CAR WHEEL COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no evidence tending to show, or which justified by inference, the finding that the " injuries that resulted in the death of Herman Marschke did not result solely from the intoxication of the said Herman Marschke." Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ., concur.

In the Matter of the Claim of ELIZABETH MOORE, Respondent, against UNITED STATES LIGHT AND HEAT CORPORATION and Another, Appellants. STATE INDUS-TRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State